Michael TWIGGS, Appellant,

v.

Donald T. VAUGHN, Joseph D. Lehman, Pennsylvania Bureau of Corrections, Appellees.

Supreme Court of Pennsylvania.

Submitted April 5, 1994.

Decided Sept. 29, 1994.

Jonathan W. HALL, Appellee at No. 53, Cross–Appellant at No. 54,

v.

AMICA MUTUAL INSURANCE COMPANY, William J. Skelly and Harold M. Faust, Jr., Appellants at No. 53, Cross–Appellees at No. 54.

Supreme Court of Pennsylvania.

Argued April 5, 1994.

Decided Oct. 6, 1994.

Michael Twiggs, pro se.

Clifford D. Swift, Asst. Counsel, Dept. of Corrections, for appellee.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY, CASTILLE and MONTEMURO, JJ.

### ORDER

PER CURIAM.

Order affirmed.

MONTEMURO, J., is sitting by designation as Senior Justice pursuant to Judicial Assignment Docket No. 94 R 1801, due to the unavailability of Larsen, J., see No. 127 Judicial Administration Docket No. 1, filed October 28, 1993.